```
CHRISTOPHER J. BEEMAN, ESQ.  BAR#: 121194
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants/Cross-Defendants
TAGHRID MUHAREB AND SHAFIG MUHAREB
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM HENSLEY, Guardian Ad Litem for JOSHUA HENSLEY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HANEY TURNER, LLC, RUSS BROTHERS, INC.; TAGHRID MUHAREB and SHAFIG MUHAREB and dba THE WAFFLE SHOP, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CIV S-01-2212 FCD (DAD)<br><br>STIPULATION TO CONTINUE THE HEARING DATE FOR DEFENDANT HANEY-TURNER'S MOTION TO ENFORCE SETTLEMENT AND FOR ATTORNEY FEES AND COSTS<br><br>Date:  August 18, 2006<br>Time:  10:00 a.m.<br>Ctrm:  2<br><br>"AS MODIFIED" |

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties, through their respective attorneys of record:

The parties have agreed to take the hearing for Defendant HANEY-TURNER's Motion to Enforce Settlement and for Attorney Fees and Costs currently scheduled for August 18, 2006 off-calender and to continue the hearing date to a date yet to be determined due to the fact that the attorney for Defendants TAGHRID MUHAREB AND SHAFIG MUHAREB have been unable to establish contact with Defendants TAGHRID MUHAREB AND SHAFIG MUHAREB and on account of Defendant HANEY-TURNER's attorney being on vacation until August 7, 2006.  Defendant HANEY-TURNER will notice the date for the hearing upon its attorney's return from vacation.

As such, the briefing schedule will be according to the continued hearing date for the above mentioned motion.

**IT IS SO STIPULATED.**

Date: August 1, 2006                     CLAPP, MORONEY, BELLAGAMBA and VUCINICH

By: /s/ Christopher J. Beeman, Esq.
_____
Christopher J. Beeman, Esq.
Attorneys for RIC RUSSELL

Dated: August 1, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT

By: /s/ Terence J. Cassidy, Esq. Authorized 8/1/06
_____
Terence J. Cassidy, Esq.
Attorneys for Defendant HANEY-TURNER, LLC

### ORDER ON STIPULATION

**GOOD CAUSE APPEARING** this court accepts the stipulation of the undersigned parties and hereby orders that within defendant's counsel shall file an amended notice of motion resetting the motion ten (10) court days from August 7, 2006. The next available dates are: September 15, 2006, September 29, 2006 and October 13, 2006 all at 10:00 a.m. in Courtroom #2.

Dated: August 2, 2006

/s/ Frank C. Damrell Jr.
United States District Court Judge